UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**Randy Wayne Mobley, and**                                    Case No. **8:24-bk-04825-CPM**
**Kimberly Alicia Mobley,**

    Debtors.                                                          Chapter **13**

_____/

## MOTION TO AMEND CONFIRMED CHAPTER 13 PLAN TO ABATE APRIL 2026 PAYMENT AND INCREASE PAYMENTS TO TRUSTEE AS NECESSARY FOR REMAINING LIFE OF PLAN

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602 within twenty-one days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Debtor, by her undersigned attorney moves the Court to amend the confirmed chapter 13 plan in this case, and as grounds for such motion would allege:

1. This Chapter 13 case was filed on 17 August 2024, paying a priority claim of the IRS, paying the value of a pickup to Suncoast Credit Union, and returning a 5th Wheel camper.

2. The case was confirmed by order of 12 March 2025, docket No. 38, providing for payment of at least $2,000 to unsecured creditors, as well $24,035 to the IRS, the value of a pickup to Suncoast Credit Union, as the balance of attorneys fees.

3.   Debtor owes approximately $1,600 for the 2025 1040 return.

4.   Debtor requests that the April payment to the trustee be abated to allow payment of the post-petition tax claim.

5.   Debtor believes if the plan payment is increased to $1,536 commencing with the May 2026 payment, the plan can still pay unsecured creditors at least $2,000 as well as the other creditors as provided in the order confirming plan.

WHEREFORE Debtor prays that the court enter an order modifying the order confirming chapter 13 plan to abate the April 2026 payment, and increase payments as necessary for the remaining life of the plan to pay the creditors the balance due per the order confirming plan, for such and further relief as is just.

Florida Law Advisors, PA

/s/ Michael Barnett__
Michael Barnett
Fla. Bar # 500150
1120 E. Kennedy Blvd. Unit 231
Tampa, FL  33602
tel. (800) 990-7763
facs (800) 990-1033
Service@FloridaLegalAdvice.com
Attorney for Debtors