UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Randall Wayne Mobley
Kimberly Alicia Mobley

CASE NO: 8:24-bk-04825-CPM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/31/2026, I did cause a copy of the following documents, described below,

Motion to Amend Confirmed Plan, and Abate April 2026 payment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/31/2026

/s/ Michael Barnett
Michael Barnett  0500150
Attorney at Law
Florida Law Advisors
1120 E. Kennedy Blvd. Ste 231
Tampa, FL 33602
800-990-7763
michael@floridalegaladvice.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Randall Wayne Mobley
Kimberly Alicia Mobley

CASE NO: 8:24-bk-04825-CPM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/31/2026, a copy of the following documents, described below,

Motion to Amend Confirmed Plan, and Abate April 2026 payment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/31/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael Barnett
Florida Law Advisors
1120 E. Kennedy Blvd. Ste 231
Tampa, FL  33602

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113A8
CASE 8-24-BK-04825-CPM
MIDDLE DISTRICT OF FLORIDA
TAMPA
TUE MAR 31 07-14-19 EDT 2026

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

FLORIDA ORTHOPEDIC INSTITUTE
13020 N TELECOM PARKWAY
TAMPA FL 33637-0915

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MT BANK
PO BOX 1508
BUFFALO NY 14240-1508

(P)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SUNCOAST CREDIT UNION
ATTN BANKRUPTCY
PO BOX 11904
TAMPA FL 33680-1904